

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00185-CR

**OLIVER FARNUM,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

From the 52nd District Court
Coryell County, Texas
Trial Court No. 20968

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed August 7, 2014
Do not publish
[CR25]